NONPRECEDENTIAL DISPOSITION
To be cited only in accordance with
Fed. R. App. P. 32.1

# In the
# United States Court of Appeals
# For the Seventh Circuit

Decided May 26, 2011

**Before**

WILLIAM J. BAUER, *Circuit Judge*

JOEL M. FLAUM, *Circuit Judge*

FREDERICK J. KAPALA, *District Judge*[*]

No. 08-2820

KEVIN KASTEN,

*Plaintiff-Appellant,*

    *v.*

SAINT-GOBAIN PERFORMANCE PLASTICS CORP.,

*Defendant-Appellee.*

————————————

Appeal from the United States District Court
for the Western District of Wisconsin.
No. 07-C-0686—Barbara B. Crabb, *Judge.*

On Remand from the United States Supreme Court
No. 09-834

————————————

[*]The Honorable Frederick J. Kapala, of the United States District Court for the Northern District of Illinois, sitting by designation.

_____

**ORDER**

On March 22, 2011, the Supreme Court reversed our decision in this case and remanded the matter for proceedings in conformity with its opinion. *Kasten v. Saint-Gobain Performance Plastics Corp.,* 131 S.Ct. 1325 (2011).  In light of that opinion – concluding that oral complaints fall within the scope of the phrase "filed any complaint" in 29 U.S.C. § 215(a)(3) – it is **ORDERED** that this case be remanded to the district court for further proceedings pertaining to Kasten's antiretaliation claim under the Fair Labor Standards Act.